# JacksonLewis

**MEMO ENDORSED**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4072 Direct
(212) 972-3213 Fax
Alexander.Deutsch@jacksonlewis.com

May 7, 2025

<u>**VIA ECF**</u>

Honorable Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/8/2025__

> Re:  <u>**Franciosa v. Macklowe Management Co., Inc.**</u>
>      <u>**Case No. 24-cv-9140-ALC**</u>

Dear Judge Carter:

   We represent Defendant Macklowe Management Co., Inc. in the above-referenced matter. Together with counsel for Plaintiff, we submit this joint letter to inform the Court that the parties have reached a settlement in principle, which will serve to resolve this case in its entirety.

   Accordingly, we respectfully request that all deadlines in this case be adjourned *sine die* pending the parties finalizing the settlement and submitting a stipulation of discontinuance.

   We thank the Court for its consideration in this regard.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              */s/ Alexander Deutsch*
              Lori D. Bauer
              Alexander Deutsch

cc: All Counsel of Record (via ECF)

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 8, 2025